672

No. 701. BARRETT *v.* MORGENTHAU, SECRETARY OF THE TREASURY, ET AL. March 11, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. William Cattron Rigby, Hugh C. Smith,* and *Eugene R. West* for petitioner. *Solicitor General Biddle, Assistant Attorney General Shea,* and *Messrs. Paul A. Sweeney* and *Richard H. Demuth* for respondents. By leave of Court, *Mr. William H. Mc-Grann* filed a brief on behalf of the Retired Officers of the U. S. Navy et al., as *amici curiae,* in support of the petition.

No. 708. BOROUGH OF EDGEWATER *v.* BODINE, JUSTICE, ET AL. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey denied. *Mr. Milton T. Lasher* for petitioner. *Mr. Samuel Slaff* for respondents.

No. 710. LINEA SUD-AMERICANA, INC. *v.* 7,295.40 TONS OF LINSEED AND ARCHER-DANIELS-MIDLAND CO. March 11, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Roscoe H. Hupper and F. Herbert Prem* for petitioner. *Messrs. Ira A. Campbell* and *Clement C. Rinehart* for respondent.

No. 711. HOLT *v.* UNITED STATES. March 11, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Olin R. Holt, pro se. Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. William W. Barron, Fred E. Strine, George F. Kneip,* and *W. Marvin Smith* for the United States.